

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

KRYSTAL A. WARD, ET AL,
**Defendant (Respondent)**

CASE and/or DOCKET No.: 17-04929

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: Summons & Complaint**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KRYSTAL A. WARD the above process on the 27 day of January, 2018, at 2:54 o'clock, PM, at 1321 N. 61ST STREET PHILADELPHIA, PA 19151, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: <u>FRANCIS WARD</u>
Relationship/Title/Position: <u>FATHER</u>
Remarks: _____
Description: Approximate Age <u>61-65</u>  Height <u>5'10</u>  Weight <u>170</u>  Race <u>BLACK</u>  Sex <u>MALE</u>  Hair <u>BLACK</u>
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of _Pa_ )
                            ) SS:
County of _Berks_           )

Before me, the undersigned notary public, this day, personally, appeared _Shannon Beckier_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _31_ day of _JAN_, 20_18_.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

File Number: USA-175334
Case ID #: 5092673